No. 10505. STATE OF MONTANA ex rel. JOEL H. JOSEPH, PETITIONER, v. DISTRICT COURT of the FOURTH JUDICIAL DISTRICT of the State of Montana, in and for the COUNTY OF MISSOULA, and the Honorable E. GARDNER BROWNLEE, one of the Judges thereof, RESPONDENTS.

Decided October 1, 1962.

374 P.2d 512.

PER CURIAM.

IT IS ORDERED that the writ be denied and the proceedings are dismissed.